UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE R. MARTIN,<br><br>                              Plaintiff,<br><br>v.<br><br>R. PATEL, et al.,<br><br>                            Defendants. | Case No.: 17-CV-916-JLS (WVG)<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTIONS TO DISMISS**<br><br>(ECF Nos. 69, 70, 71) |

      Presently before the Court is Defendant J. Cunningham's, Defendant A. Malcolm's and Defendant R. Patel's respective Motions to Dismiss (ECF Nos. 69, 70, 71). No oppositions to the Motions have been filed.

      Under the Southern District's local rules, "[i]f an opposing party fails to file [an opposition] . . . that failure may constitute a consent to the granting of a motion or other request for ruling by the court." Civ. L. R. 7.1(f)(3)(c). "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (affirming dismissal for failure to file timely opposition papers where plaintiff had notice of the motion and ample time to respond). Here, Plaintiff had notice of Defendants' Motions but failed to file an opposition to any of them. The Court therefore **GRANTS** Defendants' Motions (ECF Nos. 69, 70, 71) and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint. Plaintiff may file an amended complaint, if any, within thirty (30)

1

days from the date this Order is electronically docketed. Failure to file within the time allotted may result in the dismissal of this action in its entirety.

**IT IS SO ORDERED.**

Dated: March 28, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge